UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| PAULINE A. LUNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-CV-76-SNLJ |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's application for award of attorneys' fees pursuant to the Equal Access to Justice Act ("Act") (#33). The Court previously reversed and remanded under sentence four of 42 U.S.C. § 405(g) the Commissioner's decision denying plaintiff's claim for benefits. (#31.) As the prevailing party, plaintiff now requests an award for her attorney fees in the amount of $4,926.03. *See* 28 U.S.C. § 2412(d)(1)(B). "Defendant has no objection to Plaintiff's request for attorney fees under the [Act] in the amount of $4,926.03" and "requests that the court enter an order specifically awarding attorney fees of $4,926.03 to be paid by the Social Security Administration." (#35 at 1.) As such, plaintiff's application will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application for award of attorneys' fees pursuant to the Equal Access to Justice Act (#33) is **GRANTED**.

So ordered this  12th  day of June 2018.

1

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE